IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

LERONNIE LEE WALTON,

     Appellant,

v.

STATE OF FLORIDA,

     Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D10-6776

Opinion filed July 14, 2017.

An appeal from the Circuit Court for Duval County.
Mark H. Mahon, Judge.

Andy Thomas, Public Defender, and Pamela D. Presnell, Assistant Public Defender, Tallahassee, for Appellant.

Pamela Jo Bondi, Attorney General, and Samuel A. Perrone, Assistant Attorney General, Tallahassee, for Appellee.


ON REMAND FROM THE FLORIDA SUPREME COURT


PER CURIAM.

Pursuant to the mandate issued by our supreme court, we reverse and remand for a new trial in accordance with Walton v. State, 208 So. 3d 60 (Fla. 2016).

REVERSED and REMANDED.

B.L. THOMAS, C.J., WETHERELL and JAY, JJ., CONCUR.